IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00308-RPM

BRISTOL BAY PRODUCTIONS, LLC, formerly known as
CRUSADER ENTERTAINMENT, LLC, a California limited liability company,

        Plaintiffs,

v.

PETER LAMPACK, an individual,
THE PETER LAMPACK AGENCY, INC., a New York corporation,
SIMON & SCHUSTER, INC., a New York corporation, and
PENGUIN GROUP (USA), INC., a Delaware corporation,

        Defendants.
_____

## ORDER FOR FILING FIRST AMENDED COMPLAINT
_____

        This civil action was removed from the District Court, City and County of Denver, State of Colorado, on February 13, 2008, by defendants named in the proposed first amended complaint submitted to that court with the plaintiff's motion to amend complaint and to add additional defendants filed in that court on January 22, 2008. The original defendants, Peter Lampack and The Peter Lampack Agency, Inc., filed a response to the plaintiff's motion to amend complaint and to add additional defendants indicating no opposition to that motion. Accordingly, it is

        ORDERED that the motion to amend is granted and the Proposed First Amended Complaint and Jury Demand tendered therewith is filed.

        DATED: February 15, 2008

                                      BY THE COURT:
                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge