IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00308-RPM

BRISTOL BAY PRODUCTIONS, LLC, formerly known as
CRUSADER ENTERTAINMENT, LLC,

    Plaintiff,

v.

PETER LAMPACK,
THE PETER LAMPACK AGENCY, INC.,
SIMON & SCHUSTER, INC., and
PENGUIN GROUP (USA), INC.,

    Defendants.

_____

ORDER VACATING ORDER FOR FILING FIRST AMENDED COMPLAINT AND
REMANDING TO THE DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE
OF COLORADO
_____

    This civil action was removed from the District Court, City and County of Denver, State of Colorado, by a Notice of Removal filed by Simon & Schuster, Inc., named as a defendant in the plaintiff's proposed first amended complaint, filed in the State Court with a motion to amend complaint and to add additional defendants. All defendants named in the proposed first amended complaint and the original defendants joined in the notice of removal. On February 15, 2008, this Court entered an Order for Filing First Amended Complaint and ordered a status conference to be held today.

    Earlier today, Simon & Schuster, Inc., filed a motion to remand, acknowledging that upon receipt of further information regarding the plaintiff, there was incomplete diversity jurisdiction. Penguin Group (USA), Inc., filed a statement of non-opposition to

the motion to remand. The status conference was held with counsel for all parties in the first amended complaint appearing. There is no disagreement that there is incomplete diversity of citizenship and that, accordingly, this civil action was improvidently removed.

To avoid confusion regarding the effectiveness of this Court's order and it also appearing that the motion to amend has not been opposed by the original defendants, it is now

ORDERED that this Court's Order for Filing First Amended Complaint, entered February 15, 2008, is vacated and it is

FURTHER ORDERED that this civil action is remanded to the District Court, City and County of Denver, Colorado.

DATED: February 21, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge